**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| CITY OF COLUMBUS, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>   *Defendants*. | Case No. 1:26-cv-2215 |

**PLAINTIFFS' MOTION FOR STAY UNDER 5 U.S.C. § 705
OR, IN THE ALTERNATIVE, FOR PRELIMINARY INJUNCTION
<u>AND REQUEST FOR HEARING</u>**

Plaintiffs the City of Columbus, Ohio; the Mayor and City Council of Baltimore, Maryland; the City of Chicago, Illinois; Pima County, Arizona; Doctors for America; and Main Street Alliance respectfully move for a stay under section 705 of the Administrative Procedure Act, 5 U.S.C. § 705, or, in the alternative, for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65. For the reasons presented in the accompanying memorandum in support of this motion, Plaintiffs respectfully request that the Court enter an order staying the July 20, 2026, effective date of provisions of the Centers for Medicare & Medicaid Services' rule, "Patient Protection and Affordable Care Act; HHS Notice of Benefit and Payment Parameters for 2027; and Basic Health Program," 91 Fed. Reg. 29,256 (May 20, 2026), that impose barriers on enrollment for health insurance coverage under the Affordable Care Act, increase the cost of coverage, and reduce the quality and comprehensiveness of coverage options. The relief that Plaintiffs seek is detailed in the accompanying memorandum and proposed order.

Further, pursuant to Local Rule 105.6, Plaintiffs request a hearing on this motion during the week of July 6-10, to provide this Court sufficient time to issue a decision before the challenged

rule is scheduled to take effect on July 20. Briefing on this motion will conclude by July 2. *See* Local Rule 105.2(a).


Dated: June 4, 2026     Respectfully submitted,

          */s/ Joel McElvain* ___
          JOEL MCELVAIN (BAR NO. 31673)
          CORTNEY ROBINSON HENDERSON (BAR NO. 31968)
          CHRISTINE L. COOGLE (BAR NO. 21846)
          DEMOCRACY FORWARD FOUNDATION
          P.O. Box 34553
          Washington, D.C. 20043
          (202) 935-2082
          jmcelvain@democracyforward.org
          crhenderson@democracyfoward.org
          ccoogle@democracyfoward.org

          *Counsel for Plaintiffs*