**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| CITY OF COLUMBUS, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>      *Defendants*. | Case No. 1:26-cv-2215 |

**DECLARATION OF DR. THERESA CULLEN**

I, Dr. Theresa Cullen, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1.      The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify competently thereto under oath.

2.      I am the Director of the Pima County Health Department (PCHD). I have served in this role since May 2020. In my role, I protect and advocate for the health and safety of Pima County and the lives therein.

3.      Pima County is the second most populous county in Arizona, with a population of around 1,074,685 according to 2025 Census estimates.[1]

4.      According to Census estimates, 12.1% of Pima County's population under the age of 65 lacks health insurance.[2]

---

[1] QuickFacts, U.S. Census Bureau, https://www.census.gov/quickfacts/fact/table/pimacountyarizona,US/PST045224.

[2] *Id.*

5. Pima County is a county in the state of Arizona, entrusted with all the powers of county government afforded by the Arizona Constitution and the Arizona Revised Statutes.

6. PCHD is the Health Department for the regional jurisdiction, including for the City of Tucson. PCHD works to improve community health by delivering accessible, equitable, and prevention-focused care across Pima County. The department operates four clinic sites, as well as four mobile health units which expand access to care in underserved and rural communities.

7. Each of these County clinics bill health insurance for those who are insured. The clinics also offer a free or reduced-fee scale for the uninsured and underinsured populations. Thus, when fewer Pima County residents have adequate insurance, PCHD will incur additional costs for providing care to those residents.

8. PCHD delivers immunization services across the lifespan, including no-cost vaccinations for uninsured individuals and homebound vaccination services for residents who cannot access care in traditional healthcare settings.

9. PCHD also provides tuberculosis treatment and case management, including directly observed therapy and contact investigation services to support treatment adherence and reduce community transmission. Clinics deliver sexually transmitted infection (STI) testing and treatment, HIV prevention services including PrEP and PEP, reproductive health and family planning services, birth control services, Title X services, and Well Woman HealthCheck services that improve access to preventive care, cancer screening, sexual health services, and early intervention for uninsured, underinsured, and medically underserved populations. PCHD also conducts hypertension screening and bridge-to-care services and provides medication for

opioid use disorder (MOUD) screening and bridge-to-care prescription services to connect individuals with ongoing treatment and support.

10. PCHD serves a large and geographically diverse population that includes urban, rural, tribal, border, and medically underserved communities.

11. The Arizona Department of Health Services and state law requires the Pima County Health Department to administer certain services. These services include maternal child health, preschool health screening, family planning, public health nursing, premature and newborn immunizations, nutrition, dental care prevention, preschool health screening, as well as disease control programs that address and support diagnosis and treatment of chronic disease, communicable disease, tuberculosis, and venereal disease.[3] If more people become uninsured or underinsured, the County will continue to be required to provide mandatory services such as these, but will no longer receive compensation from health insurance for these services. This will significantly impair the County's ability to provide the legally required health services to its population.

12. If the proposed Rules were to go into effect, many more Pima County residents would not have access to affordable healthcare and will experience worsening health outcomes, increased chronic disease burden, delayed treatment, and greater reliance on County-provided healthcare services. A lack of affordable healthcare increases pressure and financial strain on County-provided healthcare services. The effects of a reduction in affordable healthcare extend beyond the County's healthcare system itself: the workforce participation is reduced, families are strained, community systems are overburdened, and the County's overall stability and economic wellbeing is injured.

---

[3] Ariz. Revised Statutes (A.R.S.) § 36-104.

13.     If uninsured and/or underinsured rates rise, it will increase the community's need for accessible and affordable healthcare. The Pima County Health Department will have no choice but to expand healthcare services to meet community needs. This, combined with the fact that the County would no longer be receiving the same level of compensation from health insurance for these services, would be an enormous financial challenge for the County: the County will be required to provide far more community health services for far less compensation.

14.     In addition, PCHD routinely works closely with the Arizona Department of Health Services, county healthcare systems, community organizations, and regional partners to improve care coordination, enrollment assistance, and resource navigation for vulnerable populations. Increased coverage losses will  strain these collaborative systems and require greater cross-sector coordination to ensure residents can access essential healthcare and supportive services, adding to the burden that reduced insurance coverage would foist upon the County.

* * *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 2, 2026.

Dr. Theresa Cullen