| | |
|---|---|
| CITY OF COLUMBUS *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY JR. *et al.*, <br><br> *Defendants.* | Case No. 26-cv-**2215** |

## DECLARATION OF EDWARD JOHNSON

I, Edward Johnson, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify competently thereto under oath. I submit this sworn declaration in support of Plaintiffs' challenge to the Centers for Medicare & Medicaid Services rule, "Patient Protection and Affordable Care Act, HHS Notice of Benefit and Payment Parameters for 2027; and Basic Health Program."

2. I am currently the Assistant Public Health Commissioner for External Affairs for the Columbus Department of Public Health ("Columbus Public Health"). I have served as an Assistant Public Health Commissioner for close to four years. Prior to my role as Assistant Public Health Commissioner, I served Columbus Public Health as the Director of Public Health Policy for over four years.

3. As Columbus Public Health's Assistant Public Health Commissioner for External Affairs, I assist the Health Commissioner with representing the needs and concerns of Columbus's residents to protect their health and improve their lives.

4. Plaintiff the City of Columbus is a municipal corporation organized under Ohio

1

law. *See* Ohio Const. art. XVIII. Columbus has all the powers of local self-government and home rule under the constitution and laws of the state of Ohio, which are exercised in the manner prescribed by the Charter of the City of Columbus.[1]

5. Columbus, located in Franklin County, is the capital of Ohio. It is the largest city in the state and the fifteenth largest city in the United States, with a population of over 938,000, according to U.S. Census Bureau calculations.[2]

6. According to U.S. Census Bureau estimates, 11.4% of Columbus's population under the age of 65 lacks health insurance.[3]

7. Columbus provides a wide range of services on behalf of its residents, including health services for families and children, public health, public assistance, and emergency medical care.

8. Columbus Public Health employs close to 600 employees who operate more than 90 different public health programs and provide critical services to residents. These programs and services include disease investigation, immunizations, and testing, treatment, and prevention of sexually transmitted infections, among others.[4]

9. Columbus Public Health subsidizes a community health center, which faces greater demand from uninsured or underinsured individuals who cannot obtain health care elsewhere as the uninsured and uninsured rate rises.

10. Columbus Public Health also financially supports PrimaryOne Health, which is a

---

[1] *See City Code and Charter*, City of Columbus, https://library.municode.com/oh/columbus/codes/code_of_ordinances; O.R.C. § 715.01.

[2] *QuickFacts*, U.S. Census Bureau, https://www.census.gov/quickfacts/fact/table/columbuscityohio,US/PST045225.

[3] *Id.*

[4] *More About Columbus Public Health,* City of Columbus, https://www.columbus.gov/Services/Public-Health/About-Public-Health.

collection of eleven Columbus neighborhood health centers in medically underserved areas. PrimaryOne is designed to be a "system of health center sites throughout Columbus and Franklin County to serve the health care needs of vulnerable, un/under and insured residents within the community."[5] If the rate of uninsured or underinsured individuals increases, then the PrimaryOne Health centers will necessarily see even more patients, and either Columbus will have to provide them with additional funding or they will have to decrease the range of services or patients they are able to cover.

11.     Columbus Public Health also operates a number of specialty clinics for alcohol and drug abuse prevention, dental services, family planning, immunizations, sexual health, tuberculosis control, women, infants, and children nutrition, and women's health and wellness.[6] Each of these clinics operates on a free or reduced-fee scale and principally serves the uninsured and underinsured populations.[7] As with PrimaryOne Health, growth in the uninsured and underinsured population will translate to additional costs for Columbus.

12.     Columbus also maintains "one of the best Emergency Medical Services (EMS) in the United States," operated by the Columbus Division of Fire.[8] That system dispatches ambulances to meet urgent health needs, regardless of whether the call comes from an individual who has health insurance or is otherwise able to pay for the call.

13.     If possible, "[r]eimbursement for the expense of emergency ambulance transport is sought from a patient's Medicare, Medicaid, or commercial health insurance provider."[9] If an

---

[5] *The History of PrimaryOne Health,* PrimaryOne, http://www.primaryonehealth.org/about/.

[6] *See About Public Health,* City of Columbus, https://www.columbus.gov/Services/Public-Health/About-Public-Health.

[7] *See, e.g., Healthy Moms and Babies*, City of Columbus, https://www.columbus.gov/Services/Public-Health/Healthy-Moms-and-Babies.

[8] *Division of Fire,* City of Columbus, https://www.columbus.gov/Services/Public-Safety/Fire/About-Us/Reports/EMS-Report.

[9] *Id.*

individual "live[s] in the City of Columbus and do[es] not have health insurance coverage, [they] will not receive a bill for transport"; thus, "no Columbus resident will pay anything 'out of pocket' as the result of being transported to a hospital by The Columbus Division of Fire."[10] They will still receive a bill, but it does not get sent to collections. Thus, while Columbus recoups the majority of its costs for transportation for individuals with private insurance, Columbus only recoups a small fraction of its costs for uninsured individuals. For that reason, reimbursements "in no way cover all the costs incurred for treatment and transport."[11]

14.     An increase in the number of uninsured or underinsured individuals will result in more transports for which Columbus does not receive reimbursement and thus must make up for the shortfall in its budget.

15.     Aside from these budgetary impacts, Columbus—a city of over 900,000 people, with an economy of approximately $182 billion—is harmed by the need to care for a population that is increasingly uninsured. When individuals cannot seek medical treatment, they are necessarily less healthy, less productive, and less able to participate in city life. That has ripple effects throughout the City's programs and the community.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 1, 2026

Columbus, Ohio

EDWARD JOHNSON

---

[10] *Id.*

[11] *Id.*

4