**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

CITY OF COLUMBUS, *et al.*,

      *Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., *et al.*,

      *Defendants*.

Case No. 26-cv-02215

**DECLARATION OF DR. JANET KROMMES**

I, Janet Krommes, declare as follows:

1. I am over 18 years old and competent to make this declaration. I have personal knowledge of the facts and information in this declaration. I respectfully provide this declaration to explain why the barriers to insurance and cost increases that would be caused by the new Centers for Medicare and Medicaid Services rule, "Patient Protection and Affordable Care Act, HHS Notice of Benefit and Payment Parameters for 2027; and Basic Health Program," would significantly harm the members of Doctors for America (DFA). The rule would create significant hurdles to the provision of standard medical care to patients such that chronic diseases cannot be treated consistently, screening procedures cannot be done, and patients with critical conditions will be lost to follow-up. To address these failings, medical providers, including members of DFA, will direct more time to providing uncompensated care, more administrative time to determining whether insurance coverage is possible, and more time locating patients who are no longer seeking care for serious conditions.

1

2. I am a retired rheumatologist and member of DFA. I serve as an impact area leader at DFA. In that role, I use my 36 years of experience in clinical medicine to educate our members on healthcare policy.

3. DFA is a nonpartisan, not-for-profit, 501(c)(3) organization of over 27,000 physicians and medical trainees, including medical residents and students in all 50 states, representing all medical specialties. DFA mobilizes doctors, other health professionals, and medical trainees to be leaders who put patients over politics to improve the health of patients, communities, and the nation. DFA equips physicians and medical trainees with skills and resources to advocate for health care issues at the local, state, and federal level. DFA members include clinicians who provide direct care to patients, those who provide education to other clinicians and trainees, and those who conduct clinical and public health research.

4. DFA's work focuses on access to affordable care, community health and prevention, and health justice and equity. We advocate at the national and state levels for comprehensive health system reform, expansion of health insurance coverage, and improvements to health care delivery so that it better meets our patients' needs.

5. DFA understands that the new Centers for Medicare & Medicaid Services (CMS) rule, "Patient Protection and Affordable Care Act, HHS Notice of Benefit and Payment Parameters for 2027; and Basic Health Program," will increase the cost of health insurance and limit insurance coverage, creating harmful effects for our members and their patients.

6. When health care costs increase and insurance coverage becomes more limited, patients are less likely to seek the medical care they need and more likely to delay care until conditions become serious. The CMS rule would have this effect in communities throughout the country by increasing the number of uninsured and underinsured individuals. Our members would therefore see patients who delay care until their needs are acute; they would receive less

than full reimbursement for those patients who lose insurance or whose coverage becomes more limited; and they would lose contact with many patients altogether, particularly in low-income communities.

7. Appropriate medical care includes referrals to a specialist when needed, the prescription of medicine as warranted, and recommendation for procedures when necessary. Even when a clinician provides patient care that will go uncompensated—which will occur increasingly if the final rule is implemented—the clinician's work does not end with the visit. Lack of insurance coverage when a patient needs treatment will require finding a specialist willing to provide care, trying to find an alternative medicine that a patient may be able to afford but is not the optimal treatment, and intervening on behalf of a patient in an attempt to get testing or procedures performed. This will take up greater amounts of time as patients lose coverage. The end result is uncompensated time that detracts from patient care.

8. Some patients will be forced to forgo standard medical care despite the efforts of their physician to solve these problems. Some patients will be forced to go to an emergency room. Not only will this strain community resources, but the care will be limited to what an emergency room can provide. The outcomes will be worse, and the cost will be greater.

9. If the CMS rule were to go into effect, therefore, it would cause significant and irreparable injury to DFA members, their patients, and their communities.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

*Signature on following page.*

Executed on June 4, 2026 in Washington, D.C.

_____
JANET KROMMES