# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CITY OF COLUMBUS *et al.*,

      *Plaintiffs*,

v.

ROBERT F. KENNEDY JR. *et al.*,

      *Defendants*.

Case No. 1:26-cv-2215

## DECLARATION OF FAITH LEACH

I, Faith Leach, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify competently thereto under oath. I submit this sworn declaration in support of Plaintiffs' Motion for Stay or Preliminary Injunction.

2. I am the Chief Administrative Officer of the City of Baltimore. I have served in this role since March 2023. In my role, I manage the day-to-day government operations across the entire City enterprise, ensuring the effective, efficient, and equitable delivery of City services.

3. Baltimore is the largest city in Maryland and the thirtieth largest city in the United States, with a population of around 570,000 according to 2025 Census estimates.[1]

4. According to 2024 Census estimates, 6.9% of Baltimore's population under the age of 65 lacks health insurance.[2]

---

[1] *QuickFacts*, U.S. Census Bureau, https://www.census.gov/quickfacts/fact/table/baltimorecitymaryland,US/PST045225.

[2] *Id*.

5. The City of Baltimore is a municipal corporation organized pursuant to Articles XI and XI-A of the Maryland Constitution, entrusted with all the powers of local self-government and home rule afforded by those articles.

6. The Baltimore City Health Department (BCHD) is a City agency and the oldest continuously operating health department in the United States. BCHD has wide-ranging responsibilities for providing health services to residents of the City, including those related to acute communicable diseases, chronic disease prevention, HIV/STD, maternal-child health, school health, and senior services. My duties as Chief Administrative Officer include oversight of BCHD, which is staffed by approximately 800 employees and has an annual budget of approximately $203 million.

7. In particular, BCHD operates a number of specialty clinics out of two principal facilities. These include clinics for reproductive health, sexually transmitted diseases, dental and oral health care, and immunizations.[3]

8. BCHD also provides or subsidizes a number of other services for Baltimore's uninsured and underinsured residents. Specifically, BCHD funds nursing assessments at the homes of older adults, including those with chronic health conditions like diabetes, hypertension, asthma, dementia and mental health disorders. These assessments support critical eligibility determinations for subsidized care. The Department also funds a number of other programs focused on specific health conditions, including a Community Asthma Program, a Tuberculosis Control Program, a Childhood Lead Poisoning Prevention Program, and programs for substance

---

[3] *Health Clinics & Services*, Baltimore City Health Department, https://www.baltimorecity.gov/health/our-work/health-clinics-services (last accessed May 18, 2026).

abuse.[4] And BCHD subsidizes a number of other entities that provide services to Baltimore residents, including the Baltimore Family League and Health Care Access Maryland.

9.     An increase in the uninsured rate will impose additional burdens on each of these programs and therefore require more funding from the City.

10.     The Baltimore City Fire Department (BCFD) also maintains an ambulance system that responds to calls covering 92 square miles with a daytime population exceeding 1,000,000. BCFD's emergency medical service (EMS) seeks reimbursement for its costs from patients' Medicare, Medicaid, or commercial health insurance, but BCFD answers calls regardless of the individuals' health insurance coverage or ability to pay. In FY 2025, EMS continued to experience a high volume of emergency medical incidents consistent with prior years. Preliminary data reflects that the department responded to approximately 160,000 EMS calls, including approximately 17,000 involving uninsured patients.

11.     If a patient lacks insurance, BCFD will seek reimbursement from the patient personally, making several attempts to collect on the debt. However, these attempts are rarely successful. To illustrate, EMS was able to recoup 95.6% of costs from patients with insurance coverage in FY 2025, but only 4.1% of those costs from uninsured patients in that same period. Uncompensated care places a real financial strain on EMS operations.

---

[4]     *See*, *e.g.*, *Asthma*, Baltimore City Health Department, https://www.baltimorecity.gov/health/blog/asthma (last accessed May 18, 2026); *Health Clinics & Services*, Baltimore City Health Department, https://www.baltimorecity.gov/health/our-work/health-clinics-services (last accessed May 18, 2026); *Lead Poisoning*, Baltimore City Health Department, https://www.baltimorecity.gov/health/our-work/lead-poisoning-prevention/childhood-lead-poisoning-prevention (last accessed May 18, 2026); *Substance Use*, Baltimore City Health Department, https://www.baltimorecity.gov/health/substance-use (last accessed May 18, 2026).

12. Thus, an increase in the number of uninsured and underinsured individuals results in more ambulance calls for which Baltimore does not receive reimbursement and thus must make up for the shortfall in its budget.

13. In addition, as one of the busiest emergency medical services departments in the nation, BCFD's emergency medical service is often taxed beyond its capabilities. Wait times exceed national rates, and transport units often wait up to an hour to offload patients, contributing to resource strain across the EMS system.

14. To help reduce strain on our overburdened emergency systems, BCFD developed the population health program. BCFD's Population Health Units are a community-focused arm of its EMS Division, designed to improve public health outcomes by delivering care outside the traditional 911-response model. These units are a critical component of Baltimore's community-based healthcare strategy. By integrating EMS with public health strategies including harm reduction, in-home care, and transitional support, the unit works to reduce unnecessary 911 calls, emergency department strain, and hospital readmissions, while improving access, equity, and outcomes across vulnerable communities. An increase in the uninsured rate will only increase the avoidable use of acute health services that these programs are designed to address, causing further strain on a system that is already overstretched.

15. Finally, Baltimore—a city of over 560,000 people, at the center of a $259.7 billion regional economy—is harmed by the need to care for a population that is increasingly uninsured. When individuals cannot seek medical treatment, they are necessarily less healthy, less productive, and less able to participate in city life. Increased reliance on the 911 system of non-emergency healthcare needs due to limited access to preventative and primary care services results in higher utilization of EMS resources for chronic medical conditions that could

otherwise be managed in outpatient settings and increased strain on community paramedicine and population health initiatives that are designed to reduce avoidable emergency system utilization. Those impacts have ripple effects throughout the City's programs and the community.

* * *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   May 28, 2026.

Baltimore, MD

Faith Leach