CITY OF COLUMBUS, *et al.*,

   *Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., *et al.*,

   *Defendants*.

Case No. 1:26-cv-2215

**DECLARATION OF BROOKE LEGLER**

I, Brooke Legler, declare as follows:

1. I am over 18 years old and competent to make this declaration. I have personal knowledge of the facts and information in this declaration. I respectfully provide this declaration to explain why the cost increases that would be caused by the new Centers for Medicare and Medicaid Services rule, "Patient Protection and Affordable Care Act, HHS Notice of Benefit and Payment Parameters for 2027; and Basic Health Program," would threaten my ability to access medication that I require for my health.

2. I am a member of the Main Street Alliance, which is a national association of approximately 30,000 small businesses.

3. I am a resident of New Glarus, Wisconsin.

4. I am a former small business owner. I ran an early childhood education program with about 10 employees. I sold my business earlier this year, but I will seek to enter again into this line of work if economic factors, including the cost of health insurance, make it possible for me to do so.

5. When I was 10 years old, I was diagnosed with rheumatoid arthritis. Rheumatoid

1

arthritis is an autoimmune condition that causes inflammation in the joints and damage to various parts of the body, leading to bone degradation. My condition has never been in remission. Since my diagnosis, I depend on substantial medication to treat the condition, including medications that address secondary issues caused by the primary medications. Among other medications, I take a biologic to protect my health by suppressing my immune system, which costs about $10,000 per month.

6.  I have purchased individual insurance on the Exchange for 2026 and I receive subsidized coverage under a silver "Quartz One Achieve" plan. My income falls within the range that qualifies me for subsidies under the Affordable Care Act.  With those subsidies, I currently pay a net premium of about $200 per month. My insurance covers my rheumatoid arthritis medication and a portion of my biologic medication. I also qualify for payment assistance through the biologic drug company. I would not be able to afford my medications without health insurance, or with a less comprehensive insurance plan.

7.  I know from past experience that the consequences to my health are severe if I am off the biologic for any period of time. Several years ago, when I had my children, I had to stop taking the biologic for a period of time, and my bones quickly began to cripple. I experienced such severe bone damage that I had to have surgery on my left foot, which is now supported by screws and rods. The medication I take is crucial to prevent further such damage.

8.  Because of my condition and dependence on unaffordable medication, health insurance has always been crucial to me. Before the Affordable Care Act (ACA), I had to make major life decisions—including my career and personal relationships—based on what would help me keep my health insurance coverage. Among other things, the ACA gave me the freedom to operate my own small business and keep about 10 employees.

9.  My personal income will be about $30,000 for 2026. I project that my personal

income for 2027 will be about the same amount. At that income level I will remain eligible for ACA premium tax credits. If insurers are permitted to sell cheaper plans next year that offer less generous benefits, I would not wish to purchase such a plan. In shopping for a plan next year, I will seek to retain the comprehensive benefits that I have under my current plan, which I need to be able to afford my medications. If lower tax credits are available to subsidize my coverage, I will be required to pay more in net premiums to maintain the same level of coverage

10. For my former employees who were not on their spouses' insurance plans, I was able to offer up to $150 per month for them to likewise enroll in an insurance plan through the ACA Marketplace.

11. I operated my business on narrow margins. The new Centers for Medicare and Medicaid Services rule will cause my health insurance coverage costs to increase to a level that I cannot afford. These increased costs would have made it impossible for me to continue my business, and would make it more difficult for me to re-enter this line of work.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

*(Signature on the following page.)*

3

Executed on June 2, 2026 in New Glarus, Wisconsin.

BROOKE LEGLER