**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CITY OF COLUMBUS, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:26-cv-2215 |
| ROBERT F. KENNEDY, JR., *et al.*, | |
| *Defendants*. | |

**DECLARATION OF MIKE OHLINGER**

I, Mike Ohlinger, declare as follows:

1. I am over 18 years old and competent to make this declaration. I have personal knowledge of the facts and information in this declaration. I respectfully provide this declaration to explain the devastating effects that the new Centers for Medicare & Medicaid Services (CMS) rule, "Patient Protection and Affordable Care Act, HHS Notice of Benefit and Payment Parameters for 2027; and Basic Health Program," would have on my family and small business.

2. I am a member of the Main Street Alliance, which is a national association of approximately 30,000 small businesses.

3. I am a resident of Neenah, Wisconsin.

4. I currently co-own OhmCo, a carwash marketing agency, with my wife Mel Ohlinger. I am also the Director of Operations and Organizational Development of the company. My wife and I have been running our small business for over seven years.

5. As a small business owner, my wife and I depend on our six employees, and we want to be able to provide them with quality healthcare. We have attempted to sponsor our employees'

1

healthcare before, but the cost was too high. In 2023, we offered insurance coverage to our employees under Blue Cross Blue Shield. But the coverage would have cost them $1,500 a person out of pocket, with OhmCO paying a portion of the monthly costs. As a result, our employees turned to the Affordable Care Act (ACA) marketplace or their spouse's insurance, where they were able to get a better rate. Providing affordable healthcare for our employees now would likely bankrupt our business that is already being squeezed in every direction.

6. I understand that the new CMS rule will increase the cost of health insurance and limit coverage options. This will result in a higher number of uninsured and underinsured individuals. Our employees that depend on the ACA will be forced to look for other options or may forgo health insurance all together. Despite wanting to support them, we will be unable to afford employer-sponsored health insurance.

7. My family struggles to afford health insurance as it is. My children and I are on a NetworkHealth plan through the ACA. (My wife is a veteran and has separate insurance through Veteran Affairs.) This plan offers coverage at the bronze level of coverage. In 2026, my family premiums went up by a little over $200. As a result, our healthcare costs are as much as our monthly mortgage payments. At the same time, student loan interest rates have increased, and our student loan payment amounts have increased, right as we prepare to send our daughter to college this fall. These price hikes are troubling and make it even more improbable that my wife and I could afford to sponsor our employees' health insurance.

8. My family income is above 400% of the federal poverty level and will likely still be next year. Our monthly premium used to be subsidized, but when Congress did not extend ACA subsidies in December 2025, our coverage became unsubsidized. We anticipate that we will continue to be ineligible for subsidies next year, but we will need to maintain the same amount of coverage. Going forward, anything that increases the cost of coverage will result in an increase

in what I already pay for insurance. My family needs healthcare, and we will continue to pay for it, but we have no affordable options.

9.   We wish to maintain the same level of comprehensive insurance coverage for our family next year, even if CMS's policy changes make that coverage more expensive.  If CMS permits the sale of cheaper, but less comprehensive plans, we would not wish to purchase that coverage.

10. If the ACA becomes unaffordable for our employees, they will likely leave our business and look for alternative employment to sponsor their healthcare. The loss of our employees and the inability to sponsor future employees could force my wife and I to shut down our company. Without our business, we will lose our primary source of income, and we will be entirely unable to keep up with the rising costs of healthcare coverage.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

*(Signature on the following page.)*

Executed on June 03, 2026 in Appleton, Wisconsin.

_____

Michael Ohlinger