CITY OF COLUMBUS, *et al.*,

     *Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., *et al.*,

     *Defendants*.

Case No. 1:26-cv-2215

## DECLARATION OF SHAWN PHETTEPLACE

I, Shawn Phetteplace, declare as follows:

1. I am the National Campaigns Director at Main Street Alliance ("MSA"). I have held that position since 2023, and have been on staff with MSA since 2020. In my role as national campaigns director, I work closely with MSA's small business members. I make this statement based on personal knowledge and if called as a witness could and would testify competently thereto.

2. MSA is a § 501(c)(3) organization and national network of small businesses, with approximately 30,000 members throughout the United States. MSA helps small business owners and those who seek to become small business owners realize their full potential as leaders for a just future that prioritizes good jobs, equity, and community through organizing, research, and policy advocacy. MSA also seeks to amplify the voices of its small business membership by sharing their experiences with the aim of creating an economy where all small business owners have an equal opportunity to succeed.

3. Many of MSA's members rely on the ACA marketplace for health insurance. According to a recent survey, over 45% of MSA members access health insurance either through the marketplace or Medicaid.

4. Those members will be negatively impacted by the new Centers for Medicare & Medicaid Services (CMS) rule, "Patient Protection and Affordable Care Act, HHS Notice of Benefit and Payment Parameters for 2027; and Basic Health Program," which will increase the cost of health insurance and limit insurance coverage. The financial and health impact of the rule will cause direct harm to MSA members, their families, and their businesses.

5. The erosion of coverage under the new rule will create additional costs for MSA members and negatively impact the health of those who rely on care or medication that they cannot afford without insurance coverage. The increase in costs will even threaten the continued operation of some MSA members. Small businesses often operate on small profit margins, so if health insurance through the marketplace becomes unaffordable or inadequate, then owners and their employees may be forced to seek alternative employment to have access to employer-sponsored health insurance.

6. MSA's founding was directly focused on the passage of the Affordable Care Act, and the organization has remained focused on the subsequent strengthening of the law over the past 16 years. The new CMS rule undermines the hard-fought legislative victories that MSA helped to secure.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

*Signature on following page.*

2

Executed on June 02, 2026 in Fitchburg, Wisconsin.

_____
SHAWN PHETTEPLACE