**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CITY OF COLUMBUS, *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>     *Defendants*. | Case No. 1:26-cv-2215 |

**ORDER GRANTING
JOINT MOTION TO ENTER BRIEFING SCHEDULE**

Upon consideration of parties' Joint Motion to Enter Briefing Schedule, in which the parties request that the Court enter a scheduling order setting a schedule for briefing on Plaintiffs' motion for preliminary relief ("Stay Motion") in this matter, and having reviewed the Joint Motion, the Local Rules, and the relevant law, the Joint Motion is **GRANTED.** It is hereby **ORDERED** as follows:

    a.    Defendants shall file an opposition to the Stay Motion by June 22, 2026;

    b.    Plaintiffs shall file a reply in support of the Stay Motion by July 2, 2026; and

    c.    This Court will hear argument on the Stay Motion on July 8, 2026 at 1:00 p.m. in Courtroom 3D.

**SO ORDERED**.

June 15 , 2026

/s/
_____
BRENDAN A. HURSON
U.S. DISTRICT JUDGE