**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CITY OF COLUMBUS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-2215-BAH |

# ORDER

Before the Court is the parties' Joint Motion to Enter Briefing Schedule, in which the parties request that the Court enter a scheduling order setting a schedule for summary judgment briefing in this matter. Having reviewed the Joint Motion, the Local Rules, and the relevant law, the Joint Motion is **GRANTED**. It is hereby **ORDERED** as follows:

1. Defendants shall certify and produce the administrative record by September 23, 2026.
2. Plaintiffs shall file a motion for summary judgment by November 18, 2026.
3. Defendants shall file an opposition and cross-motion for summary judgment by December 18, 2026.
4. Plaintiffs shall file an opposition and reply by January 20, 2027.
5. Defendants shall file a reply by February 19, 2027.

6. Defendants' deadline to answer Plaintiffs' Complaint shall be extended to 30 days following the Court's resolution of the parties' cross-motions for summary judgment, if the case then remains pending.

**SO ORDERED.**

DATE: 9/10/2026

/s/

DISTRICT JUDGE BRENDAN A. HURSON